IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DICK'S SPORTING GOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 2:16cv1635 |
| | ) | Electronic Filing |
| v. | ) | |
| | ) | |
| PICC PROPERTY AND CASUALTY COMPANY LIMITED SUZHOU BRANCH, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 31st day of August, 2017, after Plaintiff filed an action in the above-captioned case, and after Defendant filed a motion to dismiss (construed as a motion for judgment on the pleadings) (ECF 14), and after a Report and Recommendation (ECF 18) was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, upon consideration of Plaintiff's objections (ECF 19) and Defendant's response to those objections (ECF 21), and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that Defendant's motion for judgment on the pleadings (ECF 14) is granted with the understanding that Plaintiff may bring this action in the applicable Chinese court.

IT IS FURTHER ORDERED that the Clerk shall mark this case CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Plaintiff desires to appeal from this Order, Plaintiff must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3 of the Federal Rules of Appellate Procedure.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
    United States Magistrate Judge
Matthew A. Meyers, Esquire
Robert E. Dapper, Jr., Esquire
Richard J. Perry, Esquire
Monica M. Littman, Esquire

(*Via CM/ECF Electronic Mail*)